```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                         Criminal No. 03-cr-082-JD

Mohammed Reza Enayat


NOTICE OF RULING

Re:  Document No. 84, Motion for Bail/Release Pending Appeal
     Pursuant to 18 U.S.C. § 3143


Ruling:

The defendant was found guilty by a jury based on substantial evidence introduced by the government.  He faces deportation and therefore in the opinion of the court is a flight risk.  The appeal is taken in part to delay his deportation and in the opinion of the court will not result in reversal, a new trial, a sentence that does not include incarceration, or a reduced sentence that will be less than the expected duration of the appeal process.


                                              /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

August 1, 2006

cc:  Mohammed Reza Enayat, pro se
     Aixa Maldonado-Quinones
     Terry L. Ollila, Esquire
     U.S. Probation
     U.S. Marshal